IH-32                                                                                                   Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
### Related Case Statement

---

### Full Caption of Later Filed Case:

MATTHEW WHITFIELD,

| Plaintiff | Case Number |
|---|---|
| vs. | |
| LYDALL INC., MARC T. GILES, SARA A. GREENSTEIN, DAVID G. BILLS, JAMES J. CANNON, PAUL W. GRAVES, SUZANNE HAMMETT, and KATHERINE C. HARPER | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

SHIVA STEIN,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:21-cv-06248-LAP |
| LYDALL, INC., MARC T. GILES, SARA A. GREENSTEIN, DAVID G. BILLS, JAMES J. CANNON, PAUL W. GRAVES, SUZANNE HAMMETT, and KATHERINE C. HARPER | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open  (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The complaint filed in the Stein action alleges substantially similar claims for violation of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 against substantially the same defendants in connection with the same challenged proposed transaction, pursuant to which Lydall, Inc. will be acquired by Unifrax Holding Co.

Signature: /s/ Gina M. Serra          Date: 07/23/2021

Firm: Rigrodsky Law, P.A.